UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON M. HOLCOMB,<br><br>        Plaintiff,<br><br>v.<br><br>LINDA S. MCMAHON, Commissioner of Social Security,[1]<br><br>        Defendant. | No. CV-06-0179-CI<br><br>ORDER GRANTING JOINT MOTION FOR STIPULATED REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 19). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further

---

[1] As of January 20, 2007, Linda S. McMahon succeeded Defendant Commissioner Jo Anne B. Barnhart as Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d)(1), Commissioner Linda S. McMahon should be substituted as Defendant, and this lawsuit proceeds without further action by the parties. 42 U.S.C. § 405 (g).

ORDER GRANTING MOTION
FOR STIPULATED REMAND - 1

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further consider Plaintiff's back impairment under the guidelines in 20 C.F.R. § 416.920; further evaluate the opinion evidence from Plaintiff's treating, examining, and nonexamining physicians, including the opinions of Leslie Waters, M.D., and Clark Ashworth, Ph.D., providing the weight accorded the opinions; and further evaluate Plaintiff's substance abuse under the guidelines in 20 C.F.R. 416.935 and Public Law 104-121.  On remand, Plaintiff's subsequent November 2006 application will be consolidated with this case.  The ALJ will take any other actions necessary to develop the record, and issue a new decision.

**IT IS FURTHER ORDERED:**

1.   The parties' joint Motion for Remand **(Ct. Rec. 19)** is **GRANTED** and the matter is **REMANDED** to the Commissioner for additional proceedings in accordance with this order and pursuant to sentence four of 42 U.S.C. § 405(g).

2.   Judgment shall be entered for the PLAINTIFF.

3.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 29, 2007.

                        S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION
FOR STIPULATED REMAND - 2