UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON M. HOLCOMB,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA S. MCMAHON,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-06-0179-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 29th day of January, 2007.

                                  JAMES R. LARSEN
                                  District Court Executive/Clerk


                                by: s/Cheryl Switzer
                                          Deputy Clerk

cc: all counsel